**In the Matter of Tony Santo SANGIAMO.**

**No. 652 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 12, 2001.

*ORDER*

PER CURIAM:

AND NOW, this 12th day of March, 2001, a Rule having been entered by this Court on February 5, 2001, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Tony Santo Sangiamo to show cause why he should not be placed on temporary suspension and no response having been filed, it is hereby

ORDERED that the Rule is made absolute; Tony Santo Sangiamo is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa. R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.

**In the Matter of Ernest D. PREATE, Jr.**

**Petition for Reinstatement.**

**No. 136 Disciplinary Docket No. 3, No. 114 DB 1995.**

Supreme Court of Pennsylvania.

March 19, 2001.

*ORDER*

PER CURIAM:

AND NOW, this 19th day of March, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated January 22, 2001, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.